UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN ANDREWS,

           Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

No. 16-CV-6867 (KMK) (JCM)

ORDER ADOPTING R&R

KENNETH M. KARAS, District Judge:

On October 24, 2017, Magistrate Judge Judith C. McCarthy entered a Report & Recommendation (the "R&R") recommending that this Court grant the Commissioner's Motion for Judgment on the Pleadings. (Report & Recommendation ("R&R") 28 (Dkt. No. 19).) In the thorough R&R, Judge McCarthy provided notice that objections to the R&R were due within 14 days and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.* at 28–29.) No objections were filed.

Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

Accordingly, it is hereby:

ORDERED that the Commissioner's Motion is granted. The Clerk of Court is respectfully requested to mail a copy of this Order to the Plaintiff's address listed on the docket, terminate the pending Motion, (Dkt. No. 10), and close this case.

SO ORDERED.

Dated: December 13, 2017
       White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE